**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SEAN WARAICH,

                      Plaintiff,

    -against-                                        21 **CIVIL** 5220 (ALC)

                                                                         **<u>JUDGMENT</u>**

NATIONAL AUSTRALIA BANK, ET AL.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 13, 2022, Defendant NAB motion to dismiss is GRANTED. Plaintiff's motion for leave to file sur-reply is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

        January 13, 2022

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                             **BY:**      *K. Mango*

                                                                       **Deputy Clerk**